UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Miami Police Relief & Pension Fund,<br><br>    Plaintiff,<br><br>  v.<br><br>Fusion-io, Inc., et. al.,<br><br>    Defendants.                  / | No. C13-05368<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

    PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 4, 2014 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: November 26, 2013

RICHARD W. WIEKING,
United States District Court

*/s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Blair Allen Nicholas     blairn@blbglaw.com, amyn@blbglaw.com, denab@blbglaw.com, errol.hall@blbglaw.com, jessica.cuccurullo@blbglaw.com, kayem@blbglaw.com, Matthew.Mahady@blbglaw.com, nikim@blbglaw.com

Ignacio Evaristo Salceda     isalceda@wsgr.com, rlustan@wsgr.com

2