| Attorney or Party without Attorney:<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN<br>12481 HIGH BLUFF DR<br>STE. 300<br>SAN DIEGO, CA 92130<br>Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California, San Jose Division | | |
| Plaintiff: MIAMI POLICE RELIEF & PENSION FUND<br>Defendant: FUSION-IO, INC. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 13-05368 HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Plaintiff's Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Standing Order Re: Initial Case Management; Standing Order Re: Civil Discovery Disputes; Standing Order Re: Pretrial Preparation; Standing Order Re: Settlement Conference Procedures; Standing Order Regarding Case Management In Civil Cases; Civil Cover Sheet

3. a. Party served: FUSION-IO, INC.
   b. Person served: KIRSTIN EDRALIN, AGENT FOR SERVICE OF PROCESS, CT CORP

4. Address where the party was served: 818 W. 7TH ST
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Nov. 22, 2013 (2) at: 1:30PM

7. **Person Who Served Papers:**
   a. DOUG FORREST

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax        (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $118.46
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.: 5141
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Nov. 25, 2013

                                          (DOUG FORREST)

Judicial Council Form              PROOF OF SERVICE                921978    .bergrsd.575266
Rule 2.150.(a)&(b) Rev January 1, 2007