BORIS FELDMAN, State Bar No. 128838
DOUGLAS J. CLARK, State Bar No. 171499
IGNACIO E. SALCEDA, State Bar No. 164017
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
Email: dclark@wsgr.com
Email: isalceda@wsgr.com

Attorneys for Defendant
Fusion-io, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIAMI POLICE RELIEF & PENSION FUND, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FUSION-IO, INC., DAVID A. FLYNN, SHANE V. ROBISON, and DENNIS P. WOLF,<br><br>　　　　　Defendants. | CASE NO.: 5:13-cv-05368-LHK<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(a) REGARDING RESPONSE TO COMPLAINT** |

STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
REGARDING RESPONSE TO COMPLAINT
CASE NO.: 5:13-cv-05368-LHK

1  WHEREAS, on November 19, 2013, Plaintiff Miami Police Relief & Pension Fund
2  ("Plaintiff") filed a Class Action Complaint ("Complaint") against Defendants Fusion-io, David
3  A. Flynn, Shane V. Robison, and Dennis P. Wolf (collectively, "Defendants");

4  WHEREAS, a substantially similar action was filed in this Court on November 26, 2013,
5  on behalf of the same class against the same Defendants, captioned *Marriott v. Fusion-io, Inc. et
6  al.,* No. 5:13-cv-05474-LHK;

7  WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934,
8  15 U.S.C. § 78u-4(a)(3)(A), as amended by the Private Securities Litigation Reform Act of 1995,
9  the deadline for any Class member to move for appointment as lead plaintiff is January 21, 2014;

10 WHEREAS, pursuant to the procedures contemplated by this Court's "*Model Stipulation
11 and Proposed Consolidation Order for Securities Fraud Class Actions,*" the Plaintiff and Fusion-
12 io anticipate that all parties in both actions will enter into and file a Stipulation and Proposed
13 Consolidation order, consolidating these actions before this Court and setting a schedule for the
14 Court appointed lead plaintiff(s) to file a consolidated complaint;

15 WHEREAS, counsel for Plaintiff and for Fusion-io have conferred and agree that, for the
16 purpose of ensuring that this action proceed in an efficient and orderly fashion, Fusion-io need
17 not respond to the Complaint at the present time;

18 WHEREAS, Local Rule 6-1(a) provides that parties may stipulate in writing, without a
19 Court order, to extend the time within which to answer or otherwise respond to a complaint,
20 provided the change will not alter the date of any event or any deadline already fixed by Court
21 order;

22 NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS
23 FOLLOWS:

24 1. Fusion-io need not respond to the present Complaint;

25 2. Upon this Court entering an order appointing lead plaintiff(s) in the above-captioned
26 action, counsel for the Court appointed lead plaintiff and Fusion-io agree to meet and confer
27 regarding setting a mutually agreeable schedule for filing a consolidated complaint, as well as a
28 corresponding schedule for Fusion-io to answer or otherwise respond thereto; and

1      3. No Defendant shall be deemed to have waived or otherwise relinquished any rights, arguments, or defenses of any kind by not filing an answer, motion, or other response to the Complaint prior to a date mutually agreed upon by the parties, as indicated above.

Dated: December 20, 2013            Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100


By: /s/ Ignacio E. Salceda
    Ignacio E. Salceda
    Isalceda@wsgr.com

Attorneys for Defendant Fusion-io, Inc.


Dated: December 20, 2013            By: /s/ Blair A. Nicholas
    Blair A. Nicholas
    blairn@blbglaw.com

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
BLAIR A. NICHOLAS
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
Email: blairn@blbglaw.com

    -and-

GERALD H. SILK
AVI JOSEFSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
Email: jerry@blbglaw.com
avi@blbglaw.com

Attorneys for Plaintiff Miami Police Relief & Pension Fund

## ECF CERTIFICATION

*I, Ignacio E. Salceda, am the ECF user whose ID and password are being used to file this Stipulation Pursuant to Local Rule 6-1(a) Regarding Response to Complaint. In compliance with General Order 45, X.B., I hereby attest that Blair A. Nicholas has concurred in this filing.*

By: /s/ Ignacio E. Salceda
        Ignacio E. Salceda