UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FUSION-IO, INC. SECURITIES LITIGATION | Case No.: 13-CV-05368-LHK<br><br>ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |

Before the Court is the motion to dismiss filed by Defendants David Flynn, Dennis Wolf, Shane Robison, and Fusion-io, Inc. (collectively, "Defendants"). The Court finds Defendants' motion suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b) and hereby VACATES the motion hearing set for January 8, 2015, at 1:30 p.m. The Court also CONTINUES the case management conference, currently scheduled for January 8, 2015 at 1:30 p.m., to March 25, 2015, at 2 p.m.

**IT IS SO ORDERED.**

Dated: January 7, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge