1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12  IN RE FUSION-IO, INC. SECURITIES  )  CASE NO.:  5:13-cv-05368-LHK
    LITIGATION                        )
13                                    )  [PROPOSED] ORDER GRANTING
                                      )  DEFENDANTS' ADMINISTRATIVE
14                                    )  MOTION FOR ENTRY OF FINAL
                                      )  JUDGMENT
15                                    )
                                      )
16                                    )
                                      )
17                                    )
                                      )
18                                    )
                                      )
19                                    )
20                                    )

21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION
CASE NO. 5:13-cv-05368-LHK

On February 12, 2015, the Court issued an order granting Defendants' motion to dismiss in its entirety and dismissing Plaintiffs' claims with leave to amend.  On March 16, 2015, the Court granted an extension of time for Plaintiffs to file the second amended consolidated complaint, extending Plaintiffs' deadline to do so until April 16, 2015.  Plaintiffs did not file an amended complaint within the Court-ordered specified period.

Defendants Fusion-io, Inc., David A. Flynn, Dennis P. Wolf, and Shane V. Robison (collectively, "Defendants") have thus moved, pursuant to Local Rule 7-11, for entry of an order of final judgment dismissing with prejudice all claims brought against Defendants in the above-entitled action.  The Court, having considered the arguments of the parties, and good cause appearing, HEREBY FINDS AND ORDERS AS FOLLOWS:

1. Defendants' Administrative Motion for Entry of Final Judgment is GRANTED.
2. The Court's February 12, 2015 Order is a final judgment against Plaintiffs in the above-captioned action. Plaintiffs' claims are DISMISSED WITH PREJUDICE.
3. Final judgment is entered for Defendants.
4. The Clerk is directed to enter this judgment forthwith.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 27, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Court Judge